**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-40555

IN THE MATTER OF THE LIBEL AND PETITION
OF GULF KING 11, INC., AS OWNER OF THE F/V
GULF KING SERVICES, INC., AS OWNER PRO HAC
VICE OF THE F/V GULF KING 11, HER ENGINES,
TACKLE, APPAREL, ETC., OR, IN THE ALTERNATIVE,
GULF KING 11, INC., GULF KING SERVICES, INC.,
in a cause of exoneration from or limitation of liability,

Petitioner - Appellee-Cross-Appellant,

HERNDON MARINE PRODUCTS INC., as owner or
owners pro hac vice of the F/V Gulf King 11, her
engines, tackle, apparel, etc., in a cause of exoneration
from or limitation of liability,

Petitioner - Appellant,

versus

MINNIE LEWIS, Individually and as Next Friend of
Tiffanny Hall,

Claimant - Appellant-Cross-Appellee.

Appeals from the United States District Court
for the Southern District of Texas
(C-94-CV-210)

September 8, 1997

Before POLITZ, Chief Judge, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal of a judgment after a bench trial awarding certain damages based on a finding of vessel unseaworthiness. Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.